1  Cynthia A. Palin (Bar No. 143486)
   DEMLER, ARMSTRONG & ROWLAND, LLP
2  4500 E. Pacific Coast Highway, Fourth Floor
   Long Beach, California 90804-3298
3  Telephone: (562) 597-0029
   Fax: (562) 494-3958
4  Email: pal@darlaw.com

5  Attorneys for Defendant Union Fidelity Life Insurance Company

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  DEBORAH A. ALDRIDGE, | NO. 1: 05CV01517 FVS LJO |
| 12             Plaintiff, | Dept.: 6 |
| | Judge: Hon. Frederick L. Van Sickle |
| 13       vs. | |
| | STIPULATION AND ORDER TO |
| 14  UNION FIDELITY LIFE | REMAND ACTION TO SUPERIOR |
|     INSURANCE COMPANY, and | COURT OF CALIFORNIA, COUNTY |
| 15  DOES 1 TO 10, | OF TULARE, LIMITED CIVIL |
| | JURISDICTION |
| 16             Defendants. | |
| | (Superior Court of California, County of |
| 17 | Tulare, Case No. 05-216718) |

18    1.    The parties have agreed to remand this action to State Court;

19    2.    Plaintiff has agreed that the limit for damages being sought against

20  defendant in this matter and in the subject claim is no more than Twenty-Thousand

21  Dollars ($20,000);

22         THEREFORE, the parties stipulate to permit this matter to be remanded to

23  the Superior Court of California, for the County of Tulare, Visalia Civil Division,

24  Limited Civil Jurisdiction.

25  DATED: Feb 28th, 2006          BIANCO LAW FIRM

26

27                                  _____
                                    PHILIP S. BIANCO
28                                  Attorneys for Plaintiff Deborah A. Aldridge

G27648\Pleadings\Stip re Remand

STIPULATION AND ORDER TO REMAND ACTION TO SUPERIOR COURT

Dated:   February 28, 2006

DEMLER, ARMSTRONG & ROWLAND, LLP

_____
CYNTHIA A. PALIN
Attorneys for defendant
Union Fidelity Life Insurance Company

IT IS SO ORDERED.

DATED:  February 28 , 2006

            s/ Fred Van Sickle
HONORABLE FREDERICK L. VAN SICKLE
UNITED STATES DISTRICT COURT JUDGE

GE7648\Pleadings\Stip re Remand                    2

STIPULATION AND ORDER TO REMAND ACTION TO SUPERIOR COURT

# PROOF OF SERVICE
### (Code Civ. Proc., § 1013a(3) Revised 5-1-88)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 4500 East Pacific Coast Highway, Fourth Floor, Long Beach, California, 90804-3298.

On **February 28, 2006**, I served the foregoing document described as **STIPULATION AND ORDER TO REMAND ACTION TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF TULARE, LIMITED CIVIL JURISDICTION** on the interested parties in this action:

[X]   by placing the original/true copies thereof enclosed in sealed envelopes addressed as follows:

Philip S. Bianco  
Bianco Law Firm  
P.O. Box 1088  
Visalia, CA  93279-1088  

**Attorneys for Plaintiff**

Tel:  (559) 732-8654  
**Fax:  (559) 732-8658**

Courtesy Copy via e-mail to:  
United States District Court  
c/o Hon. Frederick Van Sickle  
P.O. Box 2209  
Spokane, WA  99210-2209  

Email address for proposed orders:  
fvsorders@caed.uscourts.gov

[ ]   **Certified/return receipt requested**

[X]   BY MAIL: I deposited such envelope in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, said correspondence is deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. Executed on **February 28, 2006**, at Long Beach, California.

1
2       [ ]    BY PERSONAL SERVICE: I delivered such envelope by hand to counsel listed on the attached personal service list. Executed on *, at Long Beach, California.

3
4       [ ]    BY FACSIMILE TRANSMISSION: See attached Proof of Transmission by Fax. The telephone number on the facsimile machine I used is (562) 494-3958. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2009, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.
5
6
7

8       [ ]    (Federal Express): I caused such envelope(s) to be delivered by air courier, with next day service.
9

10      [X]    (Federal): I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.
11

12              I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
13
14                                                      _____
15                                                      ROSE SOUTHAM

16
17
18
19
20
21
22
23
24
25
26
27
28

GE7648\Pleadings\Stip re Remand                    4
STIPULATION AND ORDER TO REMAND ACTION TO SUPERIOR COURT